UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Justin Lynn Victory,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Bank of America, et al,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00978-JAD-DJA<br><br>**Order** |

　　　On May 20, 2024, Plaintiff filed a complaint intended to initiate an action into an already-initiated action as an amended complaint. *See Victory v. Henderson NA P.D., et al.*, No. 2:23-cv-02086-CDS-NJK, at ECF No. 29 (May 20, 2024).  The Honorable District Judge Cristina D. Silva thus ordered that "the Clerk of Court is kindly directed to strike the 'amended complaint' from this lawsuit, open a new action with a new case number, and file the complaint into that new case." *Id.* at ECF No. 30.  So, on May 24, 2024, the Clerk of Court opened the instant case.  However, Plaintiff has not paid the filing fee nor applied to proceed without paying the filing fee in this action.

　　　While Plaintiff filed a notice of documents in his other case, those documents do not include an application to proceed *in forma pauperis* (without paying the filing fee).  The Court will thus require that Plaintiff either pay the filing fee for this action or file a complete application to proceed *in forma pauperis* in this action.  Plaintiff will have thirty days to do so.

　　　**IT IS THEREFORE ORDERED** that Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis* on or before **July 26, 2024.**  Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.

1 **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of the application to proceed *in forma pauperis* by an inmate and its instruction packet. The Clerk of Court is also kindly directed to send Plaintiff a copy of this order.

DATED: June 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE