# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Justin Lynn Victory, | Case No. 2:24-cv-00978-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Bank of America, et al, | |
| Defendants. | |

Before the Court is Plaintiff's motion for an extension of time to file an application to proceed *in forma pauperis* (ECF No. 9) and motion to update address (ECF No. 11). Plaintiff moves for additional time to file an application to proceed *in forma pauperis* and also appears to ask the Court to accept certain documents he attaches as his application. (ECF No. 9). However, applications to proceed *in forma pauperis* "must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." Nevada Local Special Rule 1-1. The Court will thus extend the deadline for Plaintiff to file an application to proceed *in forma pauperis* for thirty days from the date of this order. The Court denies Plaintiff's motion to the extent that he requests the Court accept his documents as his application and will re-send him the approved form application to proceed *in forma pauperis*. Plaintiff also moves to change his address. (ECF No. 11). However, the new address that Plaintiff provides is the same as is already on the docket—the Southern Desert Correctional Center. So, the Court denies Plaintiff's motion as moot.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 9) is **granted.** Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis* on or before **September 23, 2024.** Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.

1 **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of the application to proceed *in forma pauperis* by an inmate and its instruction packet. The Clerk of Court is also kindly directed to send Plaintiff a copy of this order.

**IT IS FURTHER ORDERED** that Plaintiff's motion to change address (ECF No. 11) is **denied as moot.**

DATED: August 22, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE