UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Justin Lynn Victory,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Bank of America, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-00978-JAD-DJA<br><br>**Order** |

　　　　Before the Court is Plaintiff's motion for the Court to send him certain docket entries and for an extension of time to file his application to proceed *in forma pauperis*.  (ECF No. 12). Plaintiff explains that he was transferred to the Southern Desert Correctional and so is missing certain of his documents and needs additional time to file his application.  The Court notes that it already granted Plaintiff additional time—until September 23, 2024—to file his application to proceed *in forma pauperis*, but also notes that it is likely Plaintiff did not receive that order.  So, the Court *sua sponte* extends that deadline by two weeks.

　　　　**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time and for documents (ECF No. 13) is **granted.**

　　　　**IT IS FURTHER ORDERED** that the Clerk's Office is kindly directed to send Plaintiff the following:

- A copy of the docket sheet.
- ECF No. 9.
- ECF No. 10.
- ECF No. 12.
- A copy of the application to proceed *in forma pauperis* by an inmate and its instruction packet.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 7, 2024** to either pay the filing fee or file an application to proceed *in forma pauperis*. **Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.**

DATED: August 27, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE