UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Justin Lynn Victory, <br><br> Plaintiff <br> v. <br><br> Bank of America, <br><br> Defendant | Case No. 2:24-cv-00978-JAD-DJA <br><br> **Order Denying Motion to Stay Extradition Proceedings** <br><br> ECF No. 8 |

Pro se plaintiff Justin Lynn Victory filed this lawsuit against Bank of America, bank manager Ashlee Andrews, the Las Vegas Metropolitan Police Department and its officer C. La Rose, alleging that his civil rights were violated and he suffered a host of personal losses because Andrews made false allegations against him that led to his arrest.[1] Victory's complaint was screened and dismissed with leave to amend by November 14, 2024.[2] But in the meantime, he filed a motion asking this court to "stay" his "extradition out of Arizona."[3] Because Victory has not shown any connection between this civil-rights case arising out of an incident at a Las Vegas Bank of America branch and his impending extradition, nor has he demonstrated that this court has the power or jurisdiction to grant such relief, **IT IS ORDERED that his motion for a stay [ECF No. 8] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
November 4, 2024

---

[1] *See* ECF No. 16 at 3.
[2] *Id*. at 9.
[3] ECF No. 8.