UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Justin Lynn Victory, | Case No.: 2:24-cv-00978-JAD-DJA |
| Plaintiff | |
| v. | **Order Denying Motions as Premature** |
| Bank of America, et al., | [ECF Nos. 20, 22, 23] |
| Defendants | |

Plaintiff Justin Lynn Victory brings this lawsuit to challenge actions stemming from his August 2, 2023, visit to a Bank of America branch. Because he is proceeding *in forma pauperis*, the magistrate judge screened his complaint.[1] Finding numerous deficiencies, the magistrate judge dismissed Victory's complaint without prejudice and with leave to amend.[2] Victory filed an amended complaint two days later.[3]

But that amended complaint has not yet been screened, so it has not yet been determined that Victory has a viable claim with which he can proceed. Nevertheless, he has filed multiple motions, including two motions for discovery from his attorney in his state-court criminal case and from the officer-defendant who is the target of his amended complaint,[4] and one entitled "Motion Regarding Document 21 for any Misconstructions Relating to Docu[ment] 8 in this Case," in which he seeks to "clarify" something he wrote in a previously denied motion.[5]

---

[1] ECF No. 16.
[2] *Id*.
[3] ECF No. 19.
[4] ECF Nos. 20, 22.
[5] ECF No. 23.

Because it has not yet been determined that Victory has pled a viable claim that he can pursue in this case, any request for discovery is premature. Only if this court finds, upon screening Victory's amended complaint, that he has stated a plausible claim and permits him to move forward, will the court issue a scheduling order and potentially allow Victory to seek discovery and documents in accordance with the Federal Rules of Civil Procedure and the local rules of this court. But that time is not yet here. So Victory's requests for documents or discovery are denied as premature. And because his clarification[6] about the stay he was seeking does nothing to change this court's decision to deny that stay,[7] his motion in that regard is also denied.

IT IS THEREFORE ORDERED that Plaintiff Justin Lynn Victory's:

- Motion to Subpoena Discovery in Case No. 23-cr-058545 from My Attorney Kenneth G. Frizzel;
- Motion to Receive Documents or Files from Eighth Judicial District Court, and or Justice Court JC Dept. No. 12; and
- Motion Regarding Document 21 for any Misconstructions Relating to Docu[ment] 8 in this Case

**[ECF Nos. 20, 22, 23] ARE DENIED.** Victory is cautioned that this court will not grant relief or discovery in this case unless and until the court determines that he has pled a viable claim. Screening of his amended complaint may take months.

                                                                                                                      _____
                                                            U.S. District Judge Jennifer A. Dorsey
                                                            Dated: December 2, 2024

---

[6] ECF No. 23.
[7] ECF No. 21.