UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Justin Lynn Victory,

        Plaintiff

v.

C. LaRose,

        Defendant

Case No.: 2:24-cv-0978-JAD-DJA

**Order Rejecting
Report & Recommendation and Referring Amended Complaint to Magistrate Judge for Screening**

[ECF No. 26]

      The magistrate judge screened Plaintiff Justin Lynn Victory's pro se complaint, found that it failed to state a claim upon which relief can be granted, and gave Victory until January 22, 2025, to file an amended complaint to cure the deficiencies in the original one.[1] When Victory filed nothing by that deadline, the magistrate judge entered a report and recommendation for dismissal of this case.[2] Victory immediately filed an amended complaint[3] and objected to the case-dismissal recommendation, explaining essentially that he was confused about his path forward.[4]

      Because Victory is a pro se plaintiff, in the interests of justice, I liberally construe his objection as a request to extend his deadline to file his amended complaint, and I grant it. Accordingly,

      IT IS ORDERED THAT the Report and Recommendation **[ECF No. 26] is REJECTED**, and **plaintiff's SECOND AMENDED COMPLAINT [ECF No. 27] is referred to the magistrate judge for screening.** Victory is advised that this process will take many

---

[1] ECF No. 25.
[2] ECF No. 26.
[3] ECF No. 27.
[4] ECF No. 28.

months and that the court will expect him to comply with future court orders and deadlines.

                                                      _____
                                                      U.S. District Judge Jennifer A. Dorsey
                                                      May 27, 2025